

Email: sfeldman@mmlawus.com  
Direct: 212.880.3988  
Facsimile: 212.880.3998

1185 Avenue of the Americas  
Floor 21  
New York, NY 10036

November 20, 2020

**Via ECF**

The Honorable Kenneth M. Karas  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas Street, Chambers 533  
White Plains, New York 10601-4150

    Re:  United States v. John Cicero, 20 Cr. 125 (KMK)

Dear Judge Karas:

    Attached, in anticipation of the status conference scheduled for November 24, 2020, in the above referenced matter, please find defendant John Cicero's consent to proceed remotely. I have spoken with Mr. Cicero, and he consents to participate via phone or video conference. Thank you.

Respectfully submitted,

Steven D. Feldman

Attachment

cc: All Counsel (via ECF)