UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

JOHN CICERO,

                      Defendant.
------------------------------------------------------------X

**MEMORANDUM**

20 Cr. 125 (KMK)

TO:    KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

      Please find attached a transcript of the October 13, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated:  November 18, 2021
         White Plains, New York

                                                                Respectfully submitted,

                                                                 */s/ Andrew Krause*
                                                           ANDREW E. KRAUSE
                                                           United States Magistrate Judge

November 18, 2021

      This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

                                            **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge